# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1955

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| $18,100.00 in United States Currency; | * | Western District of Arkansas. |
| | * | |
| Defendant, | * | [UNPUBLISHED] |
| | * | |
| Patricia L. Booker, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: July 7, 2006
Filed: July 10, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Patricia L. Booker appeals the judgment of the district court[1] denying her claim in this civil forfeiture action under 21 U.S.C. § 881(a)(6). After our careful review, we conclude that the district court properly determined Booker did not establish an

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

ownership interest in the defendant currency.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____